UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ronnie Worthen,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>Defenders, Inc. d/b/a Protect Your Home,<br><br>　　　　　　　　Defendant. | Civil Action No.: 1:16-cv-03508-KAM-RLM |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 14, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Ronnie Worthen

　　　　　　　　　　　　　　　　　　　　/s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq. (SL 6331)
　　　　　　　　　　　　　　　　　　　　**LEMBERG LAW, L.L.C.**
　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　　　slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By /s/ Sergei Lemberg

                                        Sergei Lemberg