UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ronnie Worthen,

           Plaintiff,

v.

Defenders, Inc. d/b/a Protect Your Home,

           Defendant.

Civil Action No.: 1:16-cv-03508-KAM-RLM

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 12 2016 ★

BROOKLYN OFFICE

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the Complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Ronnie Worthen | Defenders, Inc. d/b/a Protect Your Home |
|---|---|
| /s/ Sergei Lemberg | /s/ Michael J. Forino |
| Sergei Lemberg, Esq. (SL 6331) | Michael J. Forino, Esq. |
| LEMBERG LAW, L.L.C. | ARCHER & GREINER, P.C. |
| 43 Danbury Road, 3rd Floor | 44 Wall Street, 13th Floor |
| Wilton, CT 06897 | New York, NY 10005 |
| (203) 653-2250 | (201) 498-8529 |
| Attorney for Plaintiff | Attorney for Defendant |

      s/KAM

SO ORDERED  10/12/2016